

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00811-CV

**IN THE INTEREST OF D.L.R., JR., D.L.W.R., AND D.L.L.R.,** Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00016
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

A.G. and D.R. appeal from an order terminating their parental rights. Appellants' briefs were due on January 17, 2023. Appellants' counsel have filed motions requesting a twenty-day extension. After consideration, we GRANT the motions and ORDER appellants to file their briefs by February 6, 2023. Counsel are reminded that this is an accelerated appeal of an order terminating the appellants' parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** on January 25, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT